DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL A. MITCHELL,**
Appellant,

v.

**BEACHSIDE REHAB** c/o **IMELDA WELLINGTON OH MARKETING SERVICES, INC.,**
Appellee.

No. 4D19-3377

[May 7, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Barbara W. Bronis, Judge; L.T. Case No. 2018CA000940.

Samuel A. Mitchell, Port St. Lucie, pro se.

Gary A. Isaacs of Cohen, Norris, Wolmer, Ray, Telepman, Berkowitz & Cohen, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and LEVENSON, JEFFREY R., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***